In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-267 CR


____________________



BRITTNEY ANTWINE, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the County Court at Law No. 2


Jefferson County, Texas


Trial Cause No. 264196






MEMORANDUM OPINION


 On July 31, 2007, we notified the parties that the appeal would be dismissed for want
of prosecution unless arrangements were made for filing the record or the appellant explained
why she needed time for filing the record. The appellant did not file a response. It appears
that the appellant is not entitled to proceed without payment of costs. See Tex. R. App. P.
20.2. There being no satisfactory explanation for the failure to file the record, the appeal is
dismissed for want of prosecution. See Tex. R. App. P. 37.3(b).

 APPEAL DISMISSED.


 _______________________________

 STEVE McKEITHEN

 Chief Justice


Opinion Delivered September 12, 2007

Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.